# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>SCOTT KEVIN FAIRLAMB<br>*Defendant* | MAGISTRATE JUDGE: JAMES B. CLARK, III<br>CASE NO.: 21-mj-12058-JBC<br>DATE OF PROCEEDINGS: 1/22/2021<br>DATE OF ARREST: 1/22/2021 |

**PROCEEDINGS:** Rule 5 - Initial Appearance

- [✓] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [✓] WAIVER OF HRG: [✓] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: $150,000
  - [✓] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] TRAVEL RESTRICTED DC, NJ
- [✓] REPORT TO PRETRIAL SERVICES
- [✓] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [✓] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.    DATE: _____
- [ ] DETENTION/BAIL HRG.    DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY    DATE: _____
- [ ] SENTENCING    DATE: _____
- [ ] OTHER: _____    DATE: _____

**APPEARANCES:**

AUSA: Catherine Murphy

DEFT. COUNSEL: Harley Breite, Retained

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 4:34 p.m.
TIME TERMINATED: 4:57 p.m.
CD NO: Zoom

Stephen Bond
DEPUTY CLERK